IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALLEN B. COX,                                                                 No. 3:20-cv-00235-JR

           Plaintiff,                                                    ORDER

    v.

THE STATE OF OREGON,

           Defendant.

HERNÁNDEZ, District Judge:

    Magistrate Judge Russo issued a Findings and Recommendation [9] on March 23, 2020, in which she recommends the Court grant Defendant's Motion to Dismiss [5]. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that the objections do not provide a basis to modify the recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge Russo's Findings and Recommendation [9]. Accordingly, the Court GRANTS Defendant's Motion to Dismiss [5]. Any motion to amend the complaint should be filed within 30 days of this order.

IT IS SO ORDERED.

DATED: _____May 11, 2020_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER