IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALLEN B. COX,                                    Case No. 3:20-cv-00235-JR

        Plaintiff,                              ORDER

   v.

THE STATE OF OREGON,

        Defendant.

HERNÁNDEZ, District Judge:

    Magistrate Judge Russo issued a Findings and Recommendation [23] on August 10, 2020, in which she recommends the Court grant Defendant's Motion to Dismiss [20]. Plaintiff timely filed objections to the Findings and Recommendation.[1] The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the

---

[1] While unclear, the Court construes Plaintiff's Answer to Motion to Dismiss [25], filed on August 17, 2020, as objections to the Findings and Recommendation.

1 - ORDER

Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that the objections do not provide a basis to modify the recommendation. The Court has also reviewed the pertinent portions of the record de novo and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge Russo's Findings and Recommendation [23]. Accordingly, Defendant's Motion to Dismiss [20] is granted and this case is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____September 3, 2020_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER